UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**            CHAPTER 13
HAKEEM LOWRY            CASE NO. 25-52214-MAR
           JUDGE MARK A RANDON

Debtor          /

## TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

**Now Comes** the Chapter 13 Trustee, KRISPEN S. CARROLL, and files her objections pursuant to E.D. Mich. LBR 3015-3(a) and opposes confirmation of the Chapter 13 Plan where it does not comply with Bankruptcy Code provisions, 11 U.S.C. §§ 1325, 1322, other applicable provisions of Title 11 Chapter 13 and Local Bankruptcy Rules, as follows:

1. Trustee requests debtor provide copies of all 2025 W-2s/1099s, immediately, and a copy of the 2025 income tax return, when filed. In the alternative, Trustee requests debtor file a duly notarized affidavit or sworn statement under penalty of perjury stating that debtor has not been required to file income tax returns for 2022, 2023, 2024, and 2025.

2. Trustee objects to debtor's failure to commence and/or make plan payments as required by 11 U.S.C. § 1326(a)(1)(A).

3. As debtor testified at the §341 First Meeting of Creditors that he has an updated driver's license that reflects the address that is on the Petition, Trustee requests that counsel upload same to the Trustee's system.

4. Trustee objects to Section II.A. of the Chapter 13 Plan as it fails to include a plan length. Trustee requires clarification in any amended Plan or Order Confirming Plan.

5. Trustee objects to the inconsistent statements regarding amount of attorney fee

balance as between the 2016(b) statement, the Statement of Financial Affairs paragraph 16, and the Chapter 13 Plan. Without this information, the Trustee is unable to properly administer this proceeding.

6. Trustee objects to debtor's failure to provide the property address for the executory contracted treated in Class 6.1 of the Chapter 13 Plan. As debtor testified at the §341 First Meeting of Creditors that he is behind on his lot rent, Trustee objects to the direct payment to Plymouth Hills MHC, LLC, as the debt is in arrears. Therefore, direct payment to such creditor is not justified pursuant to E. D. Mich. LBR 3070-1.

7. Where debtor has failed to check a box in Class 9 of the Chapter 13 Plan regarding the dividend to unsecured creditors, Trustee requires clarification in any Order Confirming Plan.

8. Trustee objects to debtor counsel's failure to file a Proof of Service of the Chapter 13 Plan as required by E. D. Mich. LBR 1007-1(d).

9. Trustee objects to the failure to provide an address for Laura Boulware on Schedule F or the Matrix and believes that the creditor may not have been adequately advised of the pendency of these proceedings.

10. Trustee requests debtor amend Schedule I to reflect debtor's new employment pursuant to the testimony at the § 341 First Meeting of Creditors. Trustee requests all pay stubs as they become available to verify debtor's income and deductions.

11. Trustee objects to debtor counsel's failure to submit a Payment Order within 14 days after filing the Chapter 13 Petition in compliance with E. D. Mich. LBR 1007-1(c).

12. Where debtor's proposed Plan payments are greater than debtor's best effort as indicated on amended Schedule J, Trustee questions the feasibility of the Chapter 13 Plan pursuant to 11 U.S.C. §1325(a)(6). Trustee notes that the Schedules filed at Dkt#16 were struck, and as such, the original Schedules filed at Dkt# 1 remain

effective, except as amended at Dkt#44.

13. Trustee requests that an affidavit or a sworn statement under penalty of perjury from Donna Cutright be filed with the Court regarding their contributions in the amount of $650.00 per month per debtor's testimony at the § 341 First Meeting of Creditors.

**Wherefore**, the Chapter 13 Trustee prays this Honorable Court deny confirmation of the debtor's Chapter 13 Plan and for other and further relief as the Court deems appropriate, including dismissal.

Dated: February 23, 2026           OFFICE OF THE CHAPTER 13 TRUSTEE -DETROIT
KRISPEN S. CARROLL, CHAPTER 13 TRUSTEE

/s/ KRISPEN S. CARROLL-mcs
Krispen S. Carroll (P49817)
26999 Central Park Blvd
Suite 125N
Southfield, MI 48076
(313) 962-5035
notice@det13ksc.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**  CHAPTER 13
HAKEEM LOWRY  CASE NO. 25-52214-MAR
 JUDGE MARK A RANDON

Debtor _____/

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I electronically filed TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

SCOTT F SMITH ESQ
30833 NORTHWESTERN HWY
STE 200
FARMINGTON HILLS, MI 48334

I hereby certify that on the date indicated below, the following parties were served a copy of the TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN via First Class Mail at the addresses below with the lawful amount of postage affixed thereto:

Hakeem Lowry
50510 Van Buren Rd
Plymouth, MI 48017

February 23, 2026  /s/ Shannon Horton
 SHANNON HORTON
 For the Office of the Chapter 13 Trustee-Detroit
 26999 Central Park Blvd
 Suite 125N
 Southfield, MI 48076
 (313) 962-5035
 notice@det13ksc.com